UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------- X

UNITED STATES OF AMERICA

- against -

BRADEN JOHN KARONY,

       Defendant.

----------------------------- X

ORDER

CR 23-433 (LDH)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 09 2023 ★
BROOKLYN OFFICE

     The United States has submitted an application pursuant to 18 U.S.C. §§ 3145, requesting that the Court issue an Order staying and revoking the November 8, 2023, release order entered in the District of Utah in the above-captioned matter, see United States v. John Karony, No. 23-MJ-1008 (DAO) (D. Utah), ECF No. 12 (the "Release Order"), that the defendant be detained pending trial, and that the U.S. Marshals Service to remove the defendant to the Eastern District of New York in custody.

     For the reasons set forth in the government's submissions, United States v. John Karony, No. 23-CR-433 (ERK) (E.D.N.Y), ECF Nos. 11, 12, and those set forth on the record at the hearing in this matter on November 9, 2023, IT IS ORDERED that: (1) the Release Order is stayed pending resolution of this motion; ~~(2) the Release Order is revoked in its entirety; (3) the defendant remain in custody pending trial; (4) the U.S. Marshals Service to remove the defendant to the Eastern District of New York in custody~~.

Dated: Brooklyn, New York
       November 9, 2023

*Judge LaShann DeArcy Hall*
_____
THE HONORABLE LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK