

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

JOE
F. #2021R00923

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 27, 2023

By ECF

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Braden John Karony et al.
>        Criminal Docket No. 23-433 (ERK)

Dear Judge Komitee:

      The government writes to respectfully request that the attached proposed stipulation concerning discovery materials be so ordered by the Court. Certain discovery materials that the government intends to produce to the defendant will contain personal identifying information for individuals and other sensitive information. The enclosed proposed stipulation will minimize the risk that sensitive identifying material will be disclosed to individuals other than the defendant, his counsel and their legal staff. The defendant has consented to entry of the enclosed proposed order. Accordingly, the government respectfully requests, with the consent of the defendant Braden John Karony, that the Court enter the enclosed proposed protective order.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:       /s/
      Drew G. Rolle
      Matthew R. Galeotti
      John O. Enright
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of the Court (ERK) (By ECF)
      Counsel of Record (By ECF)