| | |
|---|---|
| **From:** | Rolle, Drew (USANYE) |
| **To:** | Adam Schuman; Galeotti, Matthew (USANYE); Enright, John (USANYE) |
| **Cc:** | Caelyn Stephens |
| **Subject:** | RE: US v. Karony - Appearance on 12/6/23 at 12:00 |
| **Date:** | Monday, December 4, 2023 3:32:00 PM |

Adam – As an update, we understand that the USMS can arrange for a telephonic appearance for Mr. Karony on Wednesday; but such an appearance needs to be ordered by the Court and call in details provided by the Court's deputy. You can make a motion similar to that of Defendant Smith's for remote appearance. If you do file one, you can note that the government takes no position on your request for a telephonic appearance.

**From:** Rolle, Drew (USANYE)
**Sent:** Monday, December 4, 2023 3:03 PM
**To:** Adam Schuman <████████████████>; Galeotti, Matthew (USANYE) <████████████████>; Enright, John (USANYE <████████████████>
**Cc:** Caelyn Stephens <████████████████>
**Subject:** RE: US v. Karony - Appearance on 12/6/23 at 12:00

Hi Adam,

It is up to the Court as to whether they allow dial in participation. The prior standing order for COVID-19 is no longer in effect, and I'm unsure if Judge Komittee permits it. But at the threshold, because Mr. Karony has yet to appear or be arraigned in this District, it's our understanding that the Wednesday appearance will be with just defendant Thomas Smith, who has been presented in EDNY. In addition, I have not heard of USMS arranging for telephonic appearances for defendants in the process of removal for their first appearance. In any event, we will check with USMS on their policy concerning your request.

**From:** Adam Schuman <████████████████>
**Sent:** Monday, December 4, 2023 2:45 PM
**To:** Galeotti, Matthew (USANYE) <████████████████>; Rolle, Drew (USANYE) <████████████████>; Enright, John (USANYE) <████████████████>
**Cc:** Caelyn Stephens <████████████████>
**Subject:** [EXTERNAL] US v. Karony - Appearance on 12/6/23 at 12:00

Drew, Matt and John –
 Please confirm that the Government has arranged for Mr. Karony to participate by telephone at Wednesday's appearance before Judge Komitee.
Regards,
Adam

Adam H. Schuman
Partner
**Petrillo Klein + Boxer LLP**

nd

