# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **JAMES CHO**                                    Date: 12/06/2023

Magistrate Case Number: 23-CR-433(EK)                              LOG #: 11:19AM-12:01PM

Defendant's Name: **BRADEN KARONY** - appearing by phone

    __X__ Present     __X__ In custody     ____ Bail

Defense Counsel: ADAM SCHUMAN & DREW ROLLE     FDNY:____     CJA____     RET: X

A.U.S.A.: John Enright & Drew Rolle     Clerk: Dadreamer Wright

Interpreter: _____     Language: _____

____ ARRAIGNMENT on Complaint held.     ____ Government Agent Sworn

__x__ DETENTION HEARING Held: __X__ Government opposed bail for reasons stated on the record.

____ Bond set at _____     _____ Bond set on consent of both parties.
    Defendant: ____ released ____ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention hearing, Court orders detention in custody.     ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for: _____ ; or ____ waived by defendant

____ Status Conference set for: _____ before Judge _____

____ Medical memo issued. ____ Rule 5f warnings given to the govt.

____ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

____ Identity hearing held. Court ____ orders removal ____ denies removal

____ Defendant waives: ____ identity hearing ____ preliminary hearing

____ Identity/ Removal Hearing set for: _____

____ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: Government opposed the bail package as stated on the record. Defense presented a package court denied bail w/o prejudice.