UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA,

- against -

BRADEN JOHN KARONY et al.,

         Defendant.

------------------------------X

O R D E R

23-CR-433 (EK)

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by John O. Enright, Assistant United States Attorney, it is hereby ORDERED that Deputy Marshals of the United States Marshals Service ("USMS") may take custody of BRADEN JOHN KARONY, who is in state custody (Booking # 23049743; SO # 44306), from Salt Lake County, Utah's Metro & Oxbow Jail ("Metro & Oxbow") into custody in the Eastern District of New York ("EDNY") forthwith.

        IT IS FURTHER ORDERED that copies of this Order shall be provided to the USMS, representatives of Metro & Oxbow and any other official as is necessary to the proper execution of this Order.

Dated:    Brooklyn, New York
           December 8, 2023

                                      _/s/ Eric Komitee_____
                                      HONORABLE ERIC KOMITEE
                                      UNITED STATES DISTRICT JUDGE
                                      EASTERN DISTRICT OF NEW YORK