# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Taryn Merk    DATE: 1/2/2024

DOCKET NUMBER: 23 CR 433 (EK)    LOG #: 2:22 - 2:25

DEFENDANT'S NAME: Braden Karony
✓ Present ___ Not Present ✓ Custody ___ Bail

DEFENSE COUNSEL: Adam Schuman
___ Federal Defender ___ CJA ✓ Retained

A.U.S.A: John Enright + Drew Rolle    CLERK: SM Yuen

Probation: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation
✓ Defendant pleads NOT GUILTY to ALL counts.
✓ Rule 5f Order read into the record.

___ BAIL HEARING Held.    ___ Defendant's first appearance.
  ___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____