# Petrillo Klein + Boxer

655 Third Avenue, 22nd Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

**ADAM H. SCHUMAN**
aschuman@pkbllp.com
D: 212.370.0390
M: 917.574.0883

January 22, 2024

BY ECF
The Hon. Eric Komitee
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  U.S. v. Karony, et al. (No. 23-CR-433)

Dear Judge Komitee:

Petrillo Klein + Boxer LLP (the "Firm") respectfully requests permission to withdraw as counsel to defendant Braden John Karony, due to his apparent lack of funds to pay for private counsel. Counsel has discussed this application with Mr. Karony, as well as during today's status conference before Your Honor where Mr. Karony was present.

Upon the retention of the Firm in November 2023, Mr. Karony's employer indicated that it would indemnify Mr. Karony's legal fees owed to the Firm, but the employer subsequently failed to deliver funds for the Firm's retainer and then filed for bankruptcy. A limited retainer payment was made on behalf of Mr. Karony to the Firm, and that payment has been exhausted by legal fees incurred to date. In addition, the government has seized the proceeds from the sale of Mr. Karony's home in Utah, which Mr. Karony otherwise would have utilized toward the payment of legal fees to the Firm.

In these circumstances, the Firm requests that the Court permit it to withdraw its representation of Mr. Karony, so that he can pursue an application for the appointment of counsel pursuant to the Criminal Justice Act. Withdrawal of the Firm should not delay these proceedings because, as discussed at today's status conference, the government has delivered to date only an initial portion of its discovery in this case, and the Court intends to set dates for motions and trial at the next status conference in approximately three months. No charging lien has or will be asserted by the Firm.

Respectfully submitted,

Adam H. Schuman