# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE     **Taryn A. Merkl**                    DATE :    **2/9/24**

DOCKET NUMBER:    **23CR433(EK)**                LOG#:  **11:13-12:24; 12:58-1:31; 3:24-4:14**

DEFENDANT'S NAME :        **Braden Karony**

 ✓ Present          ___ Not Present        ✓ Custody      ___ Bail

DEFENSE COUNSEL:      **Adam Schuman & Caelyn Stephens**
          _____ Federal Defender       _____ CJA        ✓ Retained

A.U.S.A:    **John Enright**                              CLERK:   **Felix Chin**

INTERPRETER: _____        (Language) _____

Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

____ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.     _____  Defendant's first appearance.

   ✓   Bond set at    **3 million**            . Defendant ✓ released ___ held pending
        satisfaction of bond conditions.
   ✓   Defendant advised of bond conditions set by the Court and signed the bond.
         *2 present in court, 2 by telephone*
   **4**  Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
   **2**  (Additional) surety/ies to co-sign bond by   **12/16/24**

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail
        application / package. Order of detention entered with leave to reapply to a Magistrate
        or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay/Speedy Trial entered.  Start_____ Stop _____

_____ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Sureties names and addresses should be redacted on
the bond that is available to the public on ECF. Retained
counsel moved to be relieved as defense counsel and CJA be appointed
to represent the defendant. CJA Nicholas Smith appointed.