U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRG/JOE
F. #2021R00923

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 29, 2024

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Braden John Karony et al.
             <u>Criminal Docket No. 23-433 (EK)</u>

Dear Judge Komitee:

      The government respectfully submits this letter in response to the Court's February 22, 2024 order directing it to "tak[e] a position on whether the relevant bond information [sought by nonparty Inner City Press] should be unredacted." (ECF Feb. 22, 2024 Order.)

      The government has no objection to the unsealing of the names of the sureties on defendant Braden John Karony's bond, as requested by nonparty Inner City Press (<u>see</u> ECF No. 55), given those names were stated on the record at the defendant's February 9, 2024 bail hearing (<u>see</u> ECF No. 51).

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                          By:    /s/
                                        Matthew R. Galeotti
                                        John O. Enright
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

cc:    All Counsel of Record (by ECF)
        Clerk of Court (by ECF)