

PARKLINE MOTORS

Dear Judge,

I am writing to request approval for John Karony's attendance on our upcoming work trip to Sacramento, CA, where we will be presenting/demonstrating our groundbreaking software app, BrandX, to potential users. This trip will take place from July 17 to July 22nd 2024, and will be done with the presence of Jace Conrow or one of his executives; Jace Conrow being one of the co-signers for John's bail.

John's instrumental role in spearheading the development of BrandX renders his presence absolutely essential for these presentations. A significant portion of these presentations will include firsthand demonstrations to potential users, and John's expertise and ability to address questions on the spot will be invaluable to our success.

Sacramento's significant presence in the salvage title vehicle industry, combined with our existing business relationships in the region, makes this trip paramount to secure the success of the platform John Karony developed. BrandX's capacity to streamline wholesale transactions between vehicle rebuilders and car dealerships nationwide aligns perfectly with the needs of our current partners in Sacramento, and Jace's enterprise that John currently works for.

With John's knowledge and leadership, we are poised to demonstrate BrandX's transformative capabilities and strengthen our ties within this vital market. Therefore, I kindly request your support in facilitating John's attendance for this pivotal opportunity.

Thank you for your consideration and support.

Warm regards,

Bradley Clark
General Manager
Parkline Motors