# DAVID B. SMITH, PLLC

Nicholas D. Smith
1123 Broadway, Ste 909
New York, NY 10010
917.902.3869
nds@davidbsmithpllc.com

David B. Smith
108 North Alfred Street, 1st FL
Alexandria, VA 22314
703.548.8911 / fax 703.548.8935
dbs@davidbsmithpllc.com

May 30, 2025

**<u>VIA ECF</u>**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    *U.S. v. Braden J. Karony, et al.*, 1:23-cr-433-EK
             Renewed Motion for a Judgment of Acquittal

Dear Judge Komitee:

      Karony moved the Court for a judgment of acquittal on Counts One through Three of the Indictment, pursuant to Federal Rule of Criminal Procedure 29(a). Tr. 2462. The Court reserved judgment on the motion. Karony renews his motion, pursuant to Federal Rule of Criminal Procedure 29(c), with respect to Counts One through Three of the Indictment, because the government presented insufficient evidence to convict. *United States v. Hoy*, 137 F.3d 726, 729 (2d Cir. 1998).

Dated: May 30, 2025

                                       Respectfully submitted,

                                       */s/ Nicholas D. Smith*
                                       Nicholas D. Smith
                                       1123 Broadway, Suite 909
                                       New York, NY 10010
                                       Phone: (917) 902-3869
                                       nds@davidbsmithpllc.com