**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DR/SKW/JKW
F. #2021R00923

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2026

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Braden John Karony
Criminal Docket No. 23-433 (EK)

Dear Judge Komitee:

The government respectfully submits the enclosed victim impact statements in advance of the sentencing of defendant Braden John Karony, which is scheduled for January 21, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Dana Rehnquist
Sara K. Winik
Jessica K. Weigel
Assistant U.S. Attorneys
(718) 254-7000

[redacted] Impact Statement

The Honorable Eric R. Komitee
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Braden John Karony

I have deeply suffered from the actors who participated in this fraudulent Safemoon project because this scam was carefully executed and intentional. I believed into the success of Safemoon thinking it was legit but instead, it damaged me.

It has caused me to lose my life savings which took years to build and carefully save for. I suffered from emotional and psychological trauma where I came to the realization that I had to delay much longer to purchasing a home which still lingers til this present day.

This damage has sequentially resulted in my inability to plan on preparing to start a family of my own. It forced me to work twice as hard to earn in order to survive, left me with a large amount of debt to pay off, and a corroded sense of trust.

I have no remorse for the people behind this. They attempted to re-create the damage again by creating a 2nd version like the first one where a tax was imposed for each time a person bought and a tax for each time a person sold. It made me sick to my heart and stomach how anybody had the courage to do this.

There's no apology that can restore what my family and I have lived through caused by this criminal act of greed. Karony and his associates stole my money and my time. They do not get the right to ruin people's lives. They not only impacted individuals, they impacted families.

**Victim Impact Statement - United States v. Defendant(s) THOMAS SMITH, KYLE NAGY, BRADEN JOHN KARONY Case Number 2021R00923 and Court Docket Number 23-CR-00433**

To Whom It May Concern,

I was a top holder in SafeMoon, and at its peak, my investment was worth nearly $1.5 million. I believed in the project's vision and promises, and while I did realize some gains, the overall loss was devastating due to the fraudulent actions of the leadership.

When the team drained the liquidity pool, the price collapsed, triggering panic selling and forcing me to sell at a fraction of my holdings' value. Beyond the immediate losses, I was prevented from investing in more legitimate projects, resulting in a significant loss of potential future gains that could have been realized elsewhere.

The emotional and mental toll has been severe. I experienced deep depression, anxiety, and emotional distress, requiring therapy and ongoing support. The stress also contributed to the loss of my employment, compounding the financial and personal hardship.

Had the project been legitimate, my holdings would still be worth between $2–4 million today, given the comparison to BNB's growth.

I ask the Court to consider the full impact of this fraud — the financial devastation, the lost future opportunities, and the lasting emotional and professional harm caused by being misled and betrayed.

Thank you,

[redacted]

[redacted]

[redacted]

Victim Impact Statement of [redacted]

In the Matter of the SafeMoon Fraud Case

To be addressed to:

The Honorable Judge Eric R. Komitee

United States District Court

Eastern District of New York

I, [redacted] submit this statement to the Court to describe the profound impact the fraudulent conduct of John Karony, Thomas Smith, and their associates in the SafeMoon scheme has had on my life.

I invested in SafeMoon near its inception, drawn in by what seemed to be endless ambitious promises from the team-assurances of innovative products, an expansive ecosystem, and sustained growth. None of these promises materialized. Instead, the defendants continued to issue misleading statements and false assurances, which convinced me and countless others to hold onto our investments even as the value fell daily.

Even after Coffeezilla's investigation exposed SafeMoon's deceit, I struggled to accept that I had been defrauded. Ultimately, however, it became undeniable. I began to sell off my holdings as hope evaporated, realizing a staggering loss of over £322,000. I was left with approximately £60,000, a fraction of what I had originally invested.

Desperate to recover from the enormous losses caused by SafeMoon's fraud, I made further high-risk investments that ultimately failed, leaving me with nothing. While I accept responsibility for these subsequent decisions, they were driven entirely by the financial and personal devastation caused by SafeMoon's deception.

It is beyond comprehension how these defendants could watch private individuals invest such large sums-often representing their life savings-and see only an opportunity to manipulate the price further before siphoning funds for themselves. Their conduct was not a momentary lapse but a calculated, prolonged fraud designed to enrich themselves at the expense of unsuspecting investors.

I find it abhorrent that these individuals could so callously destroy the lives of countless people for their own

greed. Therefore, I strongly urge this Court to impose the maximum penalties under the law. A clear message must be sent that cryptocurrency fraudsters who devastate lives will be held fully accountable and that such conduct will not be tolerated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 1, 2025

Signed: [redacted]

# Victim Impact Statement

14 January 2026

**The Honorable Eric R. Komitee**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Braden John Karony**

Dear Judge Komitee,

I submit this letter as a victim impact statement in the case of *United States v. Braden John Karony*.

As a result of the fraudulent conduct in this case, I lost more than **$75,000 USD** through my investment in SafeMoon. This money represented years of savings and was intended to help me purchase a home and provide a stable future and education for my four children.

Instead, the loss placed my family under ongoing financial strain. We are now living in rental housing, burdened by debt, and unable to save as our children's needs and expenses continue to grow. The financial impact has been lasting and deeply destabilizing.

The emotional toll has been equally significant. The stress of financial hardship has caused persistent anxiety and has placed serious strain on my family life and sense of security.

This crime had real and lasting consequences. I respectfully ask the Court to consider the profound financial and emotional harm suffered by victims like myself when determining an appropriate sentence.

Thank you for your time and consideration.

Respectfully,
[redacted]

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Braden John Karony

Dear Judge Komitee,

My name is [redacted] I am submitting this letter as a victim of the fraud perpetrated by Braden John Karony and the SafeMoon executive team.

In 2021 and 2022, I invested approximately $126,701 into SafeMoon based on public representations made by Mr. Karony and his associates regarding the safety of investor funds, the integrity of the project, and the responsible management of company assets. These representations led me to believe that my investment was being handled ethically and transparently.

Instead, I later learned that investor funds were misappropriated and used for personal enrichment. This was not a business failure or market loss. It was a deliberate scheme to deceive investors and divert their money without consent.

The financial impact of this loss has been substantial. $126,701 represents years of disciplined saving and investing. These funds were intended for long-term financial security and future planning. The loss created financial stress, uncertainty, and lasting damage to my trust in financial markets.

Beyond the financial harm, this experience has been deeply distressing. I invested in good faith and was exploited by individuals who abused their positions of authority and intentionally deceived the public.

I respectfully ask the Court to consider the seriousness of the harm caused to myself and thousands of other victims when determining sentencing and restitution. I also ask that every reasonable effort be made to recover and return stolen assets to victims.

Thank you for allowing me the opportunity to be heard.

Respectfully submitted,

[redacted] 1/13/2026

[redacted]

The Honorable Eric R Komitee
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn
New York 11201

15th January 2026

**Victim Impact Statement**
**Re: United States v. Braden John Karony**

Your Honor,

I appreciate the opportunity to share how the actions of Mr. Karony have affected me personally.

Safemoon was my first experience with cryptocurrency. I was drawn to the project because it appeared to offer something meaningful. I saw it as a chance to create fairer banking systems and provide opportunities for people in developing countries, while also improving my own financial future. The idea of Safemoon being a "bank for the unbanked" resonated deeply with me.

The individuals involved, including the defendant, seemed transparent and trustworthy. They had offices, an online presence, and appeared to uphold strong values. I believed Mr. Karony's background and public persona reflected integrity. Unfortunately, that trust was misplaced.

The impact on me has been significant:

- **Financial Loss:** I do not earn a high salary in my profession and this investment represented hope for a better future. That hope has been shattered.

- **Emotional Toll:** I feel deceived, embarrassed, and angry. The promises of helping disadvantaged communities were nothing more than a façade for personal gain.

- **Loss of Trust:** My confidence in cryptocurrency and similar innovations has been severely damaged. What once seemed like an exciting opportunity now feels like a con.

- **Anxiety:** This experience has caused ongoing stress and uncertainty about my financial security.

I respectfully request that my identity remain anonymous or that only my initials be used.

Thank you for considering the impact this crime has had on my life.

Yours faithfully,

[redacted]

[redacted]

## Victim Impact Statement

My name is [redacted], and I am a resident of [redacted]

I submit this statement to describe the profound and lasting harm caused to my life as a direct result of the fraudulent conduct associated with the SafeMoon project and the actions of **Braden John Karony**.

I have been involved with technology and digital innovation for many years and began investing in cryptocurrencies around **2019**. In **2021**, SafeMoon presented itself as a legitimate and transformative project within the cryptocurrency industry. Through extensive marketing, public communications, and official materials, the project promised revolutionary developments, including its own blockchain, a secure digital wallet, and advanced technological infrastructure.

These representations created the appearance of credibility and trustworthiness. Relying on those promises, I made the most significant financial decision of my life: I invested **all the funds I had available in my bank account** into SafeMoon, believing I was securing my future through a legitimate long-term investment.

Over time, the project repeatedly failed to deliver what had been promised. Critical developments were delayed indefinitely or never materialized. Eventually, independent investigations made public through online platforms revealed substantial evidence that the project operated as a fraud.

When this information became public, panic spread across the investor community. Many investors, including myself, discovered that they were **unable to sell their tokens or recover their funds**. After the release of the SafeMoon wallet, access to funds became even more restricted, effectively trapping investors and eliminating any realistic opportunity to exit the investment.

At that moment, I understood that I had not made a bad investment — I had been **deceived**. What was marketed as innovation was, in reality, a mechanism that destroyed financial security for countless individuals.

The consequences to my life have been catastrophic. Having lost all my savings, I was forced to rely on **credit cards simply to survive**, which resulted in accumulated debts that today total **nearly two million Brazilian reais**. This level of debt is life-altering and will take many years, if not decades, to recover from.

As a direct result of these financial losses, I was forced to **interrupt my law school education**, placing my professional future on hold. I was compelled to **sell my personal vehicle** to cover basic financial obligations. For approximately **three years**, I lived without a car and without financial stability, relying on assistance from family members. Currently, I depend on a vehicle borrowed from my father, who stepped in after witnessing the severe deterioration of my circumstances.

The damage extended far beyond finances. My personal life and emotional stability were deeply affected. While no single event can be blamed entirely, the extreme financial stress and uncertainty caused by this fraud contributed significantly to the end of my **seven-year marriage**. The loss of financial security destroyed not only my stability but also my family structure and sense of dignity.

I continue to suffer the consequences of this scheme every day. The harm inflicted was not temporary and not abstract. It resulted in lost years, lost opportunities, psychological distress, and a permanent disruption to the course of my life.

This case is not about market risk or poor judgment. It is about **trust intentionally abused**, promises knowingly made without intent to deliver, and a system designed in a way that left victims financially trapped.

I respectfully submit this statement so the Court may fully understand the severity of the damage caused by these actions and consider the real human cost behind the financial figures.

[redacted]

**Victim Impact Statement**
United States v. Braden John Karony

My name is [redacted]. I am submitting this statement as a victim of the fraudulent conduct connected to SafeMoon and Braden John Karony.

I invested approximately €50,000 of my personal savings into SafeMoon. This was a significant amount of money for me, representing years of work and financial planning. I made this investment based on representations made by the company and its leadership, believing the project was legitimate and transparent.

As the truth about SafeMoon’s operations came to light, the value of my investment collapsed. The financial loss caused me considerable stress and uncertainty. It affected not only my finances, but also my sense of trust in financial systems and public representations made by company executives.

Beyond the monetary damage, this experience had an emotional impact. I spent a long period dealing with anxiety, frustration, and the feeling of having been deliberately misled. Like many other victims, I was not engaging in reckless behavior, but acting in good faith based on information that turned out to be false.

I respectfully ask the Court to consider the real and lasting harm caused to victims like myself when determining the appropriate sentence and any restitution. Accountability and restitution are important, not only for financial recovery, but also to restore a sense of justice for those affected.

Respectfully,
[redacted]