

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DR/SKW/JKW
F. #2021R00923

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 6, 2026

By ECF

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Braden John Karony
Criminal Docket No. 23-433 (EK)

Dear Judge Komitee:

The government writes to respectfully advise the Court that at least two victims in the above-captioned case intend to make statements at sentencing. The victims plan to participate remotely in the hearing by using the dial-in provided by the Court on January 14, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Dana Rehnquist
Sara K. Winik
Jessica K. Weigel
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (by ECF)