

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:CSK/LDM
F. #

271 Cadman Plaza East
Brooklyn, New York 11201

February 20, 2026

By ECF

The Honorable Eric R. Komittee
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Karony, et. al.
Criminal Action No. 23-CR-00433 (EK)

Dear Judge Komittee:

The government apologizes for the tardiness of this letter. We write to advise the Court that it is currently working with the seizing agency to obtain the necessary information in order to commence publication of the Preliminary Order of Forfeiture entered by the Court (DE 277). We will report back to the Court as soon as publication of the Preliminary Order of Forfeiture commences.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Claire S. Kedeshian for
Laura D. Mantell
Assistant U.S. Attorney
(718) 254-6051