Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

**United States District Court**

Eastern District of New York

Caption:

United States v.

Braden John Karony

Docket No.: 23-cr-433

Eric Komitee
(District Court Judge)

Notice is hereby given that **John Karony** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✔], other [ ] _____ (specify) entered in this action on **pending entry** (date).

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✔]   Other [ ]

Defendant found guilty by plea [ ]   trial [ ]   N/A [✔].

Offense occurred after November 1, 1987?   Yes [✔]   No [ ]   N/A [ ]

Date of sentence: **February 10, 2026**   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] No [ ]   If yes, provide the following information:

Defendant's Counsel: Nicholas Smith
Counsel's Address: 1123 Broadway, Ste 909
New York, NY 10010
Counsel's Phone: 917-902-3869

Assistant U.S. Attorney: Dana Rehnquist
AUSA's Address: 271 Cadman Plaza East
Brooklyn, NY 11201
AUSA's Phone: 718-254-6029

*Nicholas Smith*
Signature